UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2008 DEC 16  PM 3: 26

UNITED STATES OF AMERICA

v.   CASE NO. 3:08-cr- 434-J-20 HTS
     18 U.S.C. §641

JOHN HENRY DORSEY

### INFORMATION

The United States Attorney charges:

### COUNT ONE

Between on or about November 28, 2006 and on or about January 8, 2007, at or near Mayport, Florida, in the Middle District of Florida,

JOHN HENRY DORSEY

the defendant herein, did knowingly and willfully embezzle, steal and convert to his own use and the use of another, property of the United States and a department and agency thereof, namely, salvaged non-precious metals belonging to the Department of the Navy, of a value greater than $1000.00.

In violation of Title 18, United States Code, Section 641.

A. BRIAN ALBRITTON
United States Attorney

By: *[signature]*

Ronald D. DeSantis
Special Assistant United States Attorney

By: *[signature]*

Frank M. Talbot
Assistant United States Attorney
Deputy Chief, Jacksonville Division